

**FILED**
FEB 13 2017
KATE BARKMAN, Clerk
By _____ Dep. Clerk

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 3:15CR00043-001 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |
| | | 17-CR-79 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Northern District of Florida | Pensacola Division |
| Shane Hennen | NAME OF SENTENCING JUDGE | |
| Eastern District of Pennsylvania – Philadelphia Division | The Honorable M. Casey Rodgers, Chief U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/13/2013 — TO 12/12/2017 |

**OFFENSE**

Count 1: Possession with Intent to Distribute and Distribution of Less Than 500 Grams of a Mixture and Substance Containing a Detectable Amount of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____NORTHERN____ DISTRICT OF ____FLORIDA____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____EASTERN DISTRICT OF PENNSYLVANIA____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Feb. 9 2017
*Date*

*M. Casey Rodgers*
*Chief United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____EASTERN____ DISTRICT OF ____PENNSYLVANIA____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
*Effective Date*

_____
*United States District Judge*