FILED
FEB 13 2017
By _____ KATE BARKMAN, Clerk
Dep. Clerk

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 3:15CR00043-001 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |
| | | 17-CR-79 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Northern District of Florida | Pensacola Division |
| Shane Hennen | NAME OF SENTENCING JUDGE | |
| Eastern District of Pennsylvania – Philadelphia Division | The Honorable M. Casey Rodgers, Chief U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/13/2013 | TO 12/12/2017 |

**OFFENSE**

Count 1: Possession with Intent to Distribute and Distribution of Less Than 500 Grams of a Mixture and Substance Containing a Detectable Amount of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __NORTHERN__ DISTRICT OF __FLORIDA__

  IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __EASTERN DISTRICT OF PENNSYLVANIA__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

FEB. 9 2017
_Date_

M. Casey Rodgers
_Chief United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __EASTERN__ DISTRICT OF __PENNSYLVANIA__

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/27/17
_Effective Date_

/s/ Legrome D. Davis
_United States District Judge_