IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 17-79-1 |
| SHANE HENNEN | : | |

## ORDER REVOKING SUPERVISED RELEASE

AND NOW, this 6th day of November, 2017, after hearing in open court sur violation of supervised release, with defendant and counsel being present, and the Court finding the defendant guilty of violation of supervised release, it is

ORDERED AND ADJUDGED that the order of supervised release entered in the above case is revoked, and it is

FURTHER ORDERED AND ADJUDGED that the defendant is committed to the custody of the Bureau of Prisons for imprisonment for a period of 30 days with no supervision to follow. The defendant shall surrender to the U.S. Marshal to begin serving his sentence on November 16, 2017.

BY THE COURT:

Berle M. Schiller, J.

cc:  U.S. Marshal (2)
     Probation Office (1)
     Counsel

         11/6/17        C. Campoli
         Date           By Whom

Cr 5 (8/80)